

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA

      Plaintiff,

      v.

EVELYN DJOUMESSI,
and
JOSEPH DJOUMESSI,

      Defendants.

_____/

CRIMINAL NO. 05-80110

ARTHUR J. TARNOW

VIOLATION: (Conspiracy, 18 U.S.C. §
371; Involuntary Servitude, 18 U.S.C.
§ 1584; Harboring an Alien for Financial
Gain, 8 U.S.C. § 1324; Aiding and Abetting,
18 U.S.C. § 2)

MAGISTRATE JUDGE MONA K. MAJZOUB

'05 FEB -3 P 4:42

FILED

## INDICTMENT

## COUNT ONE

The Grand Jury for the Eastern District of Michigan charges that:

1. Beginning on or about October 26, 1996, and continuing through on or about February 25, 2000, in the Eastern District of Michigan, the defendants, **EVELYN DJOUMESSI** and **JOSEPH DJOUMESSI,** did  knowingly and willfully combine, confederate, conspire and agree with each another and with others known and unknown to the Grand Jury to commit certain offenses against the United States, specifically,

    a)    to hold a juvenile alien to involuntary servitude, in violation of 18 U.S.C. § 1584;

    b)    to harbor a juvenile alien in their home, in violation of 8 U.S.C. § 1324; and

c) to encourage and induce the juvenile alien to enter and reside in the United States, in violation of 8 U.S.C. § 1324.

## MANNER AND MEANS OF THE CONSPIRACY

2. It was part of the conspiracy that the defendants, working with and through others known and unknown to the grand jury, enticed a 14-year-old female Cameroonian national (hereafter, the "juvenile") to the United States without appropriate authorization and in violation of immigration laws, by making false promises to her.

3. It was further part of the conspiracy that the defendants brought the juvenile to the United States to perform domestic work including cleaning their house and taking care of their children for little or no financial compensation, and failed to enroll her in school.

4. It was further part of the conspiracy that the defendants physically assaulted the juvenile and took actions, including threatening to send her back to Cameroon, and that defendant JOSEPH DJOUMESSI sexually assaulted her, taking advantage of the juvenile's illegal status and further eroding her ability to resist the defendants' actions.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, at least one of the coconspirators herein committed or caused to be committed at least one of the following overt acts, among others, in the Eastern District of Michigan, and elsewhere:

5. Between on or about August 29, 1995, and September 11, 1995, defendant **EVELYN DJOUMESSI** submitted documents to the United States Department of Immigration which falsely identified the juvenile as defendant **EVELYN DJOUMESSI**'s biological child.

2

6. Between on or about October 22, 1996, and October 27, 1996, defendant's **EVELYN DJOUMESSI** and **JOSEPH DJOUMESSI** brought the juvenile to the United States.

7. Between on or about November 1, 1996, and February 25, 2000, defendants **EVELYN DJOUMESSI** and **JOSEPH DJOUMESSI** compelled the juvenile to perform work around the house, including cleaning the house, cooking food and caring for their children.

8. Between on or about November 1, 1996, and February 25, 2000, defendant **EVELYN DJOUMESSI** physically assaulted the juvenile, by hitting her with a belt, hitting her with her hands, and hitting her with a shoe.

9. Between on or about November 1, 1996, and February 25, 2000, defendant **JOSEPH DJOUMESSI** physically assaulted the juvenile, by hitting her with a belt and hitting her with his hands.

10. Between on or about the summer of 1998, and continuing until on or about December 31, 1998, defendant **JOSEPH DJOUMESSI** forced and coerced the juvenile to have sexual intercourse with him on numerous occasions.

11. Between on or about November 1, 1996 and on or about February 25, 2000, defendant **JOSEPH DJOUMESSI** threatened the juvenile that if she told anyone about her situation she would go to jail.

All in violation of 18 U.S.C. § 371

## COUNT TWO

The Grand Jury for the Eastern District of Michigan further charges that:

1. Paragraphs 2 through 11 of Count One are incorporated here.

3

2.     Beginning on or about October 26, 1996, and continuing through on or about February 25, 2000, in the Eastern District of Michigan, the defendants, **EVELYN DJOUMESSI** and **JOSEPH DJOUMESSI,** did knowingly and willfully hold a juvenile alien to involuntary servitude for a term.

All in violation of 18 U.S.C. § 1584 and 18 U.S.C. § 2.

## COUNT THREE

The Grand Jury for the Eastern District of Michigan further charges that:

1.     Paragraphs 2 through 11 of Count One are incorporated here.

2.     Beginning on or about October 26, 1996, and continuing through on or about February 25, 2000, in the Eastern District of Michigan, the defendants, **EVELYN DJOUMESSI** and **JOSEPH DJOUMESSI,** knowing and in reckless disregard of the fact that a juvenile alien had come to, entered and remained in the United States in violation of law, attempted to and did harbor the juvenile alien in a place, specifically, the defendants' residence in the Eastern District of Michigan, and did so for the purpose of commercial advantage and private financial gain.

4

All in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and (B)(i) and 18 U.S.C. § 2.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

CRAIG S. MORFORD
United States Attorney

GARY M. FELDER
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
(313) 226-9742

R. ALEXANDER ACOSTA
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

JACQUELINE SPRATT
Trial Attorney
Civil Rights Division
Criminal Section
U.S. Department of Justice

Dated: February 3, 2005

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>**05-80110** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** ARTHUR J. TARNOW |
| ☐ Yes ☐ No | **AUSA's Initials:** MAGISTRATE JUDGE MONA K. MAJZOUB |

Case Title: USA v. Evelyn Djoumessi and Joseph Djoumessi

County where offense occurred : Oakland

Check One:     **X Felony**     ☐ **Misdemeanor**     ☐ **Petty**

__X__Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information:

Superseding to Case No: _____     Judge: _____

☐     Original case was terminated; no additional charges or defendants.
☐     Corrects errors; no additional charges or defendants.
☐     Involves, for plea purposes, different charges or adds counts.
☐     Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                    **Charges**

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 3, 2005
Date

GARY M. FELDER
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9742
Fax: (313) 226-4679
E-Mail address: gary.felder@usdoj.gov
Attorney Bar #: P24709

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04